Opinion issued July 3, 2003















In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-03-00640-CV

____________


EX PARTE JAMES ROBERT GARTMAN, Applicant






Original Proceeding on Petition for Writ of Habeas Corpus






MEMORANDUM OPINION

 Applicant, James Robert Gartman, filed an application for writ of habeas
corpus and a "Motion for Writ of Supersedas [sic]" in this Court. 

 The courts of appeals have no original habeas corpus jurisdiction in criminal
matters. Dodson v. State, 988 S.W.2d 833, 835 (Tex. App.--San Antonio 1999, no
pet.); Ex parte Denby, 627 S.W.2d 435, 435 (Tex. App.--Houston [1st Dist.] 1981,
orig. proceeding); Tex. Gov't Code Ann. § 22.221 (Vernon Supp. 2003). Therefore,
we are without jurisdiction to grant habeas corpus relief or supersedeas relief.

 Accordingly, we dismiss for want of jurisdiction. All pending motions are
overruled as moot.

PER CURIAM

Panel consists of Justices Hedges, Nuchia, and Keyes